### 8458. SKELTON *v.* CALLAWAY, administrator.

BLOODWORTH, J. 1. The court fully and fairly submitted to the jury, all issues made by the pleadings and supported by testimony. Error can not be successfully assigned upon the court's failure to submit to the jury instructions as to defenses which are so unsupported by evidence as that a finding against them is demanded.

2. The verdict was amply supported by the evidence.

*Judgment affirmed. Broyles, P. J., and Jenkins, J., concur.*
DECIDED JULY 23, 1917.

Complaint; from Henry superior court—Judge Searcy. December 23, 1916.

*Brown & Brown,* for plaintiff in error.

*E. J. Reagan, E. M. Smith,* contra.